**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiffs*

Roger A. Colvin, Esq. (SBN 68773)
Araceli Almazan, Esq. (SBN 284225)
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA 91746
Tel. (562) 699-5500 - Fax (562) 692-2244
rcolvin@agclawfirm.com

*Attorneys for Defendants*, City of Huntington Park, Miguel Sanchez, Jesus Veriell, and Saul Rodriguez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARBA, SR; and NORMA BARBA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON PARK; MIGUEL SANCHEZ; JESUS VERDIELL; SAUL RODRIGUEZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08987-FMO (JEMx)<br><br>[*Honorable Fernando M. Olguin*]<br>Mag. Judge Hon. John E. McDermott<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>[*(Proposed) Order filed concurrently*] |

1

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

**PLEASE TAKE NOTICE** in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount. The settlement is between the Plaintiffs HECTOR BARBA, SR. AND NORMA BARBA, and Defendants CITY OF HUNTINGTON PARK, MIGUEL SANCHEZ, JESUS VERDIELL, AND SAUL RODRIGUEZ by and through their attorneys of record.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within 75 days. The parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice pursuant to the approved settlement of this matter within 10 days of receipt of the settlement funds.

Thus, the parties request and hereby stipulate that all hearing dates and deadlines be vacated and that all proceedings be stayed pending finalization of the settlement. Further, the parties request an order that by January 2, 2024, the parties shall file either (1) a proper stipulation and order for dismissal, or (2) a joint status report regarding settlement.

DATED: October 18, 2023    THE LAW OFFICES OF DALE K. GALIPO
                           LAW OFFICES OF GRECH & PACKER

                           /s/ Trenton C. Packer
                           Dale K. Galipo, Esp.
                           Marcel F. Sincich, Esq.
                           Trent C. Packer, Esq.
                           *Attorney for Plaintiffs*

DATED: October 18, 2023    ALVAREZ-GLASMAN & COLVIN

                           /s/ Roger A. Colvin
                           Roger A. Colvin, Esq.
                           Araceli Almazan, Esq.
                           *Attorney for Defendants*