1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARBA, SR; and NORMA BARBA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HUNTINGTON PARK; MIGUEL SANCHEZ; JESUS VERDIELL; SAUL RODRIGUEZ; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-08987-FMO (JEMx) <br><br> [*Honorable Fernando M. Olguin*] <br> Mag. Judge Hon. John E. McDermott <br><br> **[PROPOSED] ORDER REGARDING THE PARITIES JOINT NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE ALL DATES AND DEADLINES** |

**[PROPOSED] ORDER**

1    **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         In light of the Notice of Settlement and Joint Stipulation to Vacate all Dates

3    and Deadlines filed October 18, 2023, (Doc. No. 21), indicating that the case has

4    settled in its entirety, this action is placed in inactive status.

5         By January 2, 2024, the parties shall file either (1) a proper stipulation and

6    order for dismissal or judgment or (2) a joint status report regarding settlement.

7    This Court retains full jurisdiction over this action and this Order shall not prejudice

8    any party.  All previously set deadlines and dates are hereby VACATED.

9

10        **IT IS SO ORDERED.**

11

12   DATED: _____          UNITED STATES DISTRICT COURT
                                       CENTRAL DISTRICT OF CALIFORNIA
13

14                                     By:_____
                                            Honorable Fernando M. Olguin
15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**