UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8987-FMO (JEMx) | Date | October 23, 2023 |
|---|---|---|---|
| Title | Hector Barba, Sr., et al. v. City of Huntington Park, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Further Proceedings

Having reviewed the parties' Notice of Settlement and Joint Stipulation to Vacate all Dates and Deadlines (Dkt. 21, "Stipulation"), IT IS ORDERED THAT:

1. All deadlines in this matter are hereby **vacated**.

2. Counsel for the parties shall appear for a status conference on **December 21, 2023**, at **10:00 a.m.** in Courtroom 6D of the First Street Courthouse.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |